JOSEPH McGUINNESS, Appellant, *v.* RODGERS & HAGERTY, INC., Respondent.

*McGuinness v. Rodgers & Hagerty, Inc.*, 169 App. Div. 5, affirmed. (Argued February 4, 1918; decided February 26, 1918.)

APPEAL from a judgment, entered September 20, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. Plaintiff, while crossing One Hundred and Forty-fourth street in the city of New York was struck by a piece of curbing which defendant's employees were unloading from a car and received the injuries complained of. The Appellate Division held that plaintiff, knowing the situation thoroughly; that the process of construction was going on; that the curb had not been laid but that the stones were being unloaded for that purpose, when he undertook to pass in a narrow space between the men whom he saw holding the curbstone on end and the car, was guilty of contributory negligence.

*Vine H. Smith* for appellant.
*Frank Verner Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK and CRANE, . JJ. Dissenting: CARDOZO, POUND and ANDREWS, JJ.